**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 99-7184**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

LEONARD EDWIN THOMAS,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CR-96-
381, CA-98-75-L)

───────────

Submitted:  January 13, 2000          Decided:  January 19, 2000

───────────

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Leonard Edwin Thomas, Appellant Pro Se.  Philip S. Jackson, Assis-
tant United States Attorney, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leonard Edwin Thomas seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Thomas</u>, Nos. CR-96-381; CA-98-75-L (D. Md. Aug. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>